No. 73–1013. STONE & WEBSTER ENGINEERING CORP. v. VIRGINIA ELECTRIC & POWER CO., FOR THE USE AND BENEFIT OF INSURANCE COMPANY OF NORTH AMERICA; and

No. 73–1014. WESTINGHOUSE ELECTRIC CORP. v. VIRGINIA ELECTRIC & POWER CO., FOR THE USE AND BENEFIT OF INSURANCE COMPANY OF NORTH AMERICA. C. A. 4th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 485 F. 2d 78.

No. 73–1067. SEABOARD AIR LINE RAILROAD CO. v. WILLIAMS. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–952. ECTOR v. CITY OF TORRANCE ET AL. Sup. Ct. Cal. Motion of American Civil Liberties Union of Southern California for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 73–971. D. C. TRANSIT SYSTEM, INC. v. DEMOCRATIC CENTRAL COMMITTEE OF THE DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Motions of Potomac Electric Power Co. and Washington Gas Light Co. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 73–1027. INDIANA v. ADAMS. Sup. Ct. Ind. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied, it appearing that judgment below rests upon an adequate state ground.